UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

VICTOR LOPEZ, ON BEHALF OF HIMSELF
ALL OTHER PERSONS SIMILARLY SITUATED:

        Plaintiff,

    v.

THAYER HOTEL GP, INCORPORATED

        Defendant.

------------------------------------x

No.: 1:19-cv-02866

ECF CASE

**Stipulation of Discontinuance**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, VICTOR LOPEZ, and Defendant, THAYER HOTEL GP, INCORPORATED, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       August 20, 2019

**MINTZ, LEVIN COHN, FERRIS,
GLOVSKY & POPE, P.C.**

*Kara Cormier*

Kara M. Cormier, Esq.
One Financial Center
Boston, MA 02111
(617) 348-1658
Attorneys for Defendant

**GOTTLIEB & ASSOCIATES**

*Jeffrey Gottlieb*

Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
Attorneys for Plaintiffs

SO, ORDERED:

*Deborah A. Batts*
    8/21/19

United States District Court Judge